**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
HILARIO HERRERA HERRERA,
*individually and on behalf of others similarly situated,*

Case: 1:21-cv-09031-OTW

*Plaintiff*,

**JUDGMENT**

-against-

ROM GROCERY CORP. (D/B/A BAGELS
& SCHMEAR) and ARMANDO HUITZIL,

*Defendants.*
------------------------------------------------------X

On _____ Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, HILARIO HERRERA HERRERA, have judgment against Defendants ROM GROCERY CORP. (D/B/A BAGELS & SCHMEAR) and ARMANDO HUITZIL, (collectively "Defendants"), jointly and severally, in the amount of $11,000 (Eleven Thousand Dollars), which is inclusive of interest, attorneys' fees and costs.

Dated: _____, 20__

SO ORDERED,

_____
Hon. Ona T. Wang
United States Magistrate Judge