**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
HILARIO HERRERA HERRERA,
*individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

ROM GROCERY CORP. (D/B/A BAGELS & SCHMEAR) and ARMANDO HUITZIL,

                *Defendants.*
------------------------------------------------------X

Case: 1:21-cv-09031-OTW

**JUDGMENT**

On May 27, 2022, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows: That the Plaintiff, HILARIO HERRERA HERRERA, have judgment against Defendants ROM GROCERY CORP. (D/B/A BAGELS & SCHMEAR) and ARMANDO HUITZIL, (collectively "Defendants"), jointly and severally, in the amount of $11,000 (Eleven Thousand Dollars), which is inclusive of interest, attorneys' fees and costs.

Dated: May 31, 2022

SO ORDERED,

_____
Hon. Ona T. Wang
United States Magistrate Judge